UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09
```

XHULIANA BORI

                Petitioner,

-against-

JANET NAPOLITANO, et al.

                Defendants.

No. 09 Civ. 8087 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The parties are HEREBY ORDERED to appear for a status conference on November 24, 2009 at 10:00 a.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

      IT IS FURTHER HEREBY ORDERED THAT, by November 17, 2009 at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(4) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(5) Any other information that you believe may assist this Court in resolving this action.

The status letter should be emailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

IT IS FURTHER ORDERED THAT Plaintiff shall serve a copy of this Order on Defendants.

SO ORDERED.

Dated:   October 1, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE